*EXHIBIT "1"*

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

)
)
v. ) Case No.:
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................... | $ _____ |
| Fees for service of summons and subpoena ............................................. | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing .................................................... | _____ |
| Fees for witnesses *(itemize on page two)* ............................................... | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................................... | _____ |
| Docket fees under 28 U.S.C. 1923 ..................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ........................................ | _____ |
| Compensation of court-appointed experts ............................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ........................................................... | _____ |
| TOTAL | $ _____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service          ☐   First class mail, postage prepaid

☐   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____          Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                    *Deputy Clerk*             *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|  | Days | Total Cost | Days | Total Cost | Miles | Total Cost |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | TOTAL |  |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# INVOICE

1 of 2

**LEXITAS**

1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
fl.billing@lexitaslegal.com   lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290979 | 4/7/2023 | 301847 |
| Job Date | Case No. | |
| 3/14/2023 | 122CV22831 | |
| Case Name | | |
| Ray Bueno vs. Equifax Information Services, L.L.C. | | |
| Payment Terms | | |
| Due upon receipt | | |

Catherine Mancing
Isicoff, Ragatz & Koenigsberg
601 Brickell Key Drive
Suite 750
Miami, FL 33131-3257

VIDEO RECORDED DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Ray Bueno | 222.00 | Pages | @ | 5.400 | 1,198.80 |
|   Deposition: First Hour | 1.00 | Hour(s) | @ | 85.000 | 85.00 |
|   Deposition: Additional Hour(s) | 3.50 | Hour(s) | @ | 65.000 | 227.50 |
|   Transcript Technology Package | 1.00 | | @ | 35.000 | 35.00 |
|   Paperless Delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
|   Remote Connection | 1.00 | | @ | 100.000 | 100.00 |
| Ray Bueno -Exhibits | | | | | |
|   Exhibits: E-Processing | 1.00 | | @ | 20.000 | 20.00 |

TOTAL DUE   >>>    $1,666.30
AFTER 5/22/2023   PAY    $1,832.93

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.

Pay your invoice here:  https://www.lexitaslegal.com/pay-invoice

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F.

(-) Payments/Credits:        0.00

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

---

Catherine Mancing
Isicoff, Ragatz & Koenigsberg
601 Brickell Key Drive
Suite 750
Miami, FL 33131-3257

Invoice No.   : 290979
Invoice Date  : 4/7/2023
**Total Due**   : **$1,666.30**

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

Job No.    : 301847
BU ID      : FL-SOUTH
Case No.   : 122CV22831
Case Name  : Ray Bueno vs. Equifax Information
             Services, L.L.C.

# I N V O I C E



1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
fl.billing@lexitaslegal.com   lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 290979 | 4/7/2023 | 301847 |
| Job Date | | Case No. |
| 3/14/2023 | | 122CV22831 |
| Case Name | | |
| Ray Bueno vs. Equifax Information Services, L.L.C. | | |
| Payment Terms | | |
| Due upon receipt | | |

Catherine Mancing
Isicoff, Ragatz & Koenigsberg
601 Brickell Key Drive
Suite 750
Miami, FL 33131-3257

|  |  |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,666.30 |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Catherine Mancing
Isicoff, Ragatz & Koenigsberg
601 Brickell Key Drive
Suite 750
Miami, FL 33131-3257

Invoice No.   : 290979
Invoice Date  : 4/7/2023
**Total Due**  : **$1,666.30**

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

Job No.     : 301847
BU ID       : FL-SOUTH
Case No.    : 122CV22831
Case Name   : Ray Bueno vs. Equifax Information
              Services, L.L.C.

# I N V O I C E

1 of 1

**LEXITAS**

1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
fl.billing@lexitaslegal.com    lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 292539 | 4/17/2023 | 301848 |
| Job Date | Case No. | |
| 3/15/2023 | 122CV22831 | |
| Case Name | | |
| Ray Bueno vs. Equifax Information Services, L.L.C. | | |
| Payment Terms | | |
| Due upon receipt | | |

Catherine Mancing
Isicoff, Ragatz & Koenigsberg
601 Brickell Key Drive
Suite 750
Miami, FL 33131-3257

VIDEO RECORDED DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Geovanna Arias | 47.00 Pages | @ | 5.400 | 253.80 |
| Deposition: First Hour | 1.00 Hour(s) | @ | 85.000 | 85.00 |
| Transcript Technology Package | 1.00 | @ | 35.000 | 35.00 |
| Remote Connection | 1.00 | @ | 100.000 | 100.00 |
| Paperless Delivery: One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |

**TOTAL DUE >>>** $473.80
AFTER 6/1/2023 PAY $521.18

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement. Contact us immediately for billing corrections as no adjustments will be made after 30 days.

Pay your invoice here: https://www.lexitaslegal.com/pay-invoice

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F.

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: $473.80

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Catherine Mancing
Isicoff, Ragatz & Koenigsberg
601 Brickell Key Drive
Suite 750
Miami, FL 33131-3257

Invoice No.   : 292539
Invoice Date  : 4/17/2023
**Total Due**   : **$473.80**

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

Job No.    : 301848
BU ID      : FL-SOUTH
Case No.   : 122CV22831
Case Name  : Ray Bueno vs. Equifax Information Services, L.L.C.

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Catherine A. Mancing<br>Isicoff Ragatz<br>601 Brickell Key Dr<br>Ste 750<br>Miami, FL, 33131 | Invoice #: | **6491510** |
|---|---|---|---|
| | | Invoice Date: | **4/12/2023** |
| | | Balance Due: | **$503.85** |

**Case: Bueno, Ray F. v. University Of Miami, Et Al. (2222831CivScola)**   **Proceeding Type: Depositions**

Job #: 5810350   |   Job Date: 3/28/2023   |   Delivery: Normal

Location:           Tampa, FL
Billing Atty:       Catherine A. Mancing
Scheduling Atty:   Aaron Swift | Swift Law PLLC

| Witness: Vanessa Barbieri | Amount |
|---|---|
| Transcript Services | $378.75 |
| Exhibits | $34.10 |
| Logistics, Processing & Electronics Files | $91.00 |

| Notes: | Invoice Total: | $503.85 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $503.85 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6491510
**Invoice Date:** 4/12/2023
**Balance Due:** $503.85

Pay by Credit Card: www.veritext.com

187808

**Video Court Reporting, Inc.**
8870 SW 83 ST
Miami, FL  33173
(305)342-7299
videocourtreport@yahoo.com
www.videocourtreport.com

**Invoice**

| BILL TO |
| --- |
| Eric D. Isicoff, Esq. |
| Isicoff, Ragatz & Koenigsberg |
| 610 Brickell Key Dr., S-750 |
| Miami, Florida 33131 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 6581 | 03/16/2023 | $692.50 | | Net 30 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Date: 03-14-23 | | | |
| Case: Ray F. Bueno vs. Equifax Information Services, LLC et al | | | |
| Deposition: Ray Bueno | | | |
| Billing time: ( 9:30am - 2:45pm) Includes .5 hr setup/break | | | |
| Video Deposition 1st hour  (ZOOM) | 1 | 225.00 | 225.00 |
| Video Deposition add hours  (ZOOM) | 4.25 | 110.00 | 467.50 |
| MP-4 copy included, electronic link sent to fernandez@irlaw.com on 03-16-23 | | | |

| | BALANCE DUE | $692.50 |
| --- | --- | --- |

FEIN: #65-0541205

**Video Court Reporting, Inc.**  **Invoice**
8870 SW 83 ST
Miami, FL  33173
(305)342-7299
videocourtreport@yahoo.com
www.videocourtreport.com

| BILL TO |
| --- |
| Eric D. Isicoff, Esq. |
| Isicoff, Ragatz & Koenigsberg |
| 1200 Brickell Avenue, S-1900 |
| Miami, Florida  33131 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 6586 | 03/16/2023 | $335.00 | | Net 30 | |

**ORDER NO.**
Case# 1:22-cv-22831..

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Date: 03-15-23 | | | |
| Case: Ray Bueno vs. Equifax Information Services, LLC et al | | | |
| Deposition: Geovanna Arias | | | |
| Billing time: ( 9:30am - 11:30am) 2-hr min., .5 hr setup/break | | | |
| Video Deposition 1st hour (ZOOM) | 1 | 225.00 | 225.00 |
| Video Deposition add hours (ZOOM) | 1 | 110.00 | 110.00 |
| MP-4 copy included, electronic link sent to fernandez@irlaw.com on 03-16-23 | | | |

BALANCE DUE    **$335.00**

FEIN: #65-0541205