United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Ray F. Bueno, Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 22-22831-Civ-Scola |
| University of Miami, and others, | ) | |
| Defendants. | ) | |

**Order Referring Motion to Magistrate Judge**

The Court **refers** the Defendant University of Miami's motion for an award of taxable costs (**ECF No. 74**) to United States Magistrate Judge Lisette M. Reid for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

**Done and ordered**, in Miami, Florida, on May 24, 2023.

_____
Robert N. Scola, Jr.
United States District Judge