UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RAY F. BUENO,
an individual,

                                      Case No.: 22-22831-Civ-Scola

    Plaintiff,

v.

UNIVERSITY OF MIAMI,
A Florida Non-Profit Corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company, and
TRANS UNION, LLC,
a foreign limited liability company,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC

Plaintiff, RAY F. BUENO (hereinafter, "Plaintiff"), and Defendant, Trans Union, LLC hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant Trans Union, LLC* as follows:

There are no longer any issues in this matter between Plaintiff and Trans Union, LLC to be determined by this Court. Plaintiff and Trans Union, LLC hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all causes of action that were or could have been asserted against Trans Union, LLC are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: June 9, 2023

Respectfully submitted,

| **Swift, Isringhaus & Dubbeld, P.A.** | **Quilling, Selander, Lownds, Winslett & Moser, P.C.** |
|---|---|
| /s/ *Jon P. Dubbeld* | /s/ *Alexandria Epps* |
| **Jon P. Dubbeld, Esq.** | **Alexandria Epps, Esq.** |
| FBN 105869 | FBN 1002739 |
| 8380 Bay Pine Blvd. | 6900 N. Dallas Parkway, Suite 800 |
| St. Petersburg, FL 33709 | Plano, TX 75024 |
| Phone: (727) 300-1929 | Phone: (214) 560-5463 |
| Fax: (727) 255-5332 | Fax: (214) 871-2111 |
| jdubbeld@swift-law.com | aepps@qslwm.com |
| jmurphy@swift-law.com | *Counsel for Defendant,* |
| *Counsel for Plaintiff* | *Trans Union, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2023, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Trans Union, LLC* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Jon P. Dubbeld*
Attorney