## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

RAY F. BUENO,
an individual,

                                                 Case No.: 22-22831-Civ-Scola

Plaintiff,

v.

UNIVERSITY OF MIAMI,
A Florida Non-Profit Corporation,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiff, RAY F. BUENO, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the *Judgment* (Doc. 84) entered in favor of Defendant University of Miami on August 8, 2023, based on an *Order Granting Motion to Dismiss Plaintiff's Amended Complaint by Defendant University of Miami* (Doc. 72) entered on April 26, 2023.[1]

                                          Respectfully submitted,

                                          **SWIFT LAW PLLC**

                                          */s/ Aaron M. Swift*
                                          **Aaron M. Swift, Esq., FBN 0093088**
                                          Jordan T. Isringhaus, Esq., FBN 0091487
                                          Jon P. Dubbeld, Esq., FBN 105869
                                          8380 Bay Pines Blvd.
                                          St. Petersburg, FL 33709
                                          Phone: (727) 490-9919; Fax: (727) 255-5332

---

[1] The Court denied Plaintiff's Motion for Reconsideration re the Order Granting Motion to Dismiss on August 7, 2023. Doc. 84.

aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
jmurphy@swift-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2023, I filed a true and correct copy of foregoing *Plaintiff's Notice of Appeal* via CM/ECF which shall serve a copy of the same to all parties and counsel of record.

/s/ *Aaron M. Swift*
Attorney for Plaintiff