United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ray F. Bueno, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-22831-Civ-Scola |
| | ) |
| University of Miami, and others, Defendants. | ) |

### Order of Partial Dismissal

The Plaintiff, Ray F. Bueno, and the Defendants, Equifax Information Services, LLC and Trans Union, LLC, have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stips. for Dismissal, ECF Nos. 38, 81.)

The parties' joint stipulations for dismissal are approved and adopted. The Court directs the Clerk to **terminate** the Defendants, Equifax Information Services, LLC and Trans Union, LLC, and their respective counsel. The Plaintiff's appeal as to the Court's grant of dismissal in favor of the Defendant, University of Miami, remains pending.

**Done and ordered** in Miami, Florida, on September 18, 2023.

_____
Robert N. Scola, Jr.
United States District Judge