United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ray F. Bueno, Plaintiff, ) <br> ) <br> v.                                  ) <br> ) <br> University of Miami, and others, ) <br> Defendants.                  ) | Civil Action No. 22-22831-Civ-Scola |

## Order Adopting the Magistrate Judge's Report and Recommendations

This matter was referred to United States Magistrate Judge Lisette M. Reid for a report and recommendations on the Defendant University of Miami's motion for an award of taxable costs in the amount of $3,671.45. On November 3, 2023, Judge Reid entered a report recommending that the motion be granted, and that the Court award the Defendant $3,671.45 in taxable costs, plus post-judgment interest. (Report & Recommendations, ECF No. 89.) No party has objected to Judge Reid's report, and the time to do so has passed. Having considered Judge Reid's report, the record, and the relevant legal authorities, this Court finds Judge Reid's report and recommendation cogent and compelling.

A district court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting a de novo review, provided no plain error exists. *E.g., id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

Accordingly, as neither party has objected to Judge Reid's report (**ECF No. 89**), the Court **adopts the report in full**, after finding no plain error with it. The Defendant's motion is **granted** (**ECF No. 74**), and the Defendant is awarded $3,671.45 in taxable costs, plus post-judgment interest. The parties are directed to meaningfully confer and reach an agreement regarding the date by which payment must be made.

**Done and ordered** in Miami, Florida, on November 20, 2023.

_____
Robert N. Scola, Jr.
United States District Judge